```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 40037
    JEFFREY R WASILOWSKI
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5665


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/28/2004 and was confirmed 01/10/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  37.00%.

    The case was paid in full 10/30/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED       18828.51          .00        6966.55
COMMERCIAL FEDERAL MORTG   SECURED NOT I       .00           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG       .00           .00            .00
MANCHESTER LAKE HOMEOWNE   SECURED NOT I NOT FILED          .00            .00
NATIONAL CITY BANK ~       SECURED NOT I       .00           .00            .00
ATLANTIC CREDIT UNION      UNSECURED     NOT FILED          .00            .00
ATLANTIC CREDIT UNION      UNSECURED     NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED       24895.32          .00        9211.27
MANCHESTER LAKES HOMEOWN   NOTICE ONLY   NOT FILED          .00            .00
NATIONAL CITY BANK OF MI   UNSECURED     NOT FILED          .00            .00
US CELLULAR                UNSECURED     NOT FILED          .00            .00
MANCHESTER LAKES HOMEOWN   UNSECURED        3546.42          .00        1312.18
COMMERCIAL FEDERAL MORTG   SECURED NOT I       .00           .00            .00
LEGAL HELPERS PC           DEBTOR ATTY     1,800.00                    1,800.00
TOM VAUGHN                 TRUSTEE                                     1,219.52
DEBTOR REFUND              REFUND                                          2.25

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 20,511.77

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                     17,490.00
ADMINISTRATIVE                                 1,800.00
TRUSTEE COMPENSATION                           1,219.52
DEBTOR REFUND                                      2.25
                        --------------      --------------
TOTALS                   20,511.77            20,511.77


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 40037 JEFFREY R WASILOWSKI
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```